Appeal No.  2021AP1937-CR

Cir. Ct. No.  2017CF2900

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT I

---

STATE OF WISCONSIN,

    PLAINTIFF-RESPONDENT,

    v.

JOSE A. AREVALO-VIERA,

    DEFENDANT-APPELLANT.

FILED

August 2, 2023

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Joseph R. Wall
Circuit Court Judge
Electronic Notice

Anna Hodges
Clerk of Circuit Court
Milwaukee County Safety Building
Electronic Notice

Kieran M. O'Day
Electronic Notice

Steven Zaleski
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to footnote five, paragraph twenty-four in the above-captioned opinion which was released on July 25, 2023. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.